IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. # 3:09 MC 144

IN THE MATTER OF

the JURY SELECTION PLAN                    ORDER

for the UNITED STATES DISTRICT

COURT for the WESTERN

DISTRICT OF NORTH CAROLINA


This matter is before the Court on the matter of amending the Jury Selection Plan of the United States District Court for the Western District of North Carolina dated June 30, 2009.

As the Board of Judges have approved the amendments to the Jury Plan it is HEREBY approved and adopted pending further review and approval by the Fourth Circuit Judicial Council.

**SO ORDERED, THIS 9th Day of June, 2009.**

_____
Robert J. Conrad, Jr., Chief
U.S. District Judge